# UNITED STATES DISTRICT COURT
Eastern District of California

Julian Fernandez,

                Plaintiff,

    v.

City of Fresno, Ashley Swearengin, Mark Scott, Bruce Rudd, Greg Barfield, Jerry Dyer, Phillip Weathers, Malcolm Dougherty, and DOES 1-100, inclusive,

                Defendants.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:12-cv-00434-LJO-GSA

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

✔ GRANTED

    ✔ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

IT IS SO ORDERED.

    Dated:  **March 26, 2012**            **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE